# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# AT WHEELING

| | |
|---|---|
| **Rover Pipeline LLC,** | **Case No.:** 1:18-cv-00085-JPB |
| *Plaintiff*, | |
| vs. | **Judge:** John Preston Bailey |
| **ROVER TRACT NO(S). WV-DO-SHB-026-ROW, ET AL.,** | **Joint Motion of Plaintiff Rover Pipeline LLC & Defendant Columbia Gas Transmission LLC for Stipulated Dismissal of Defendant Columbia Gas Transmission LLC** |
| *Defendants.* | |

NOW COME Plaintiff Rover Pipeline LLC ("Rover") and Defendant Columbia Gas Transmission LLC ("Defendant") (collectively, the "Parties"), and hereby move this Honorable Court pursuant to Fed. R. Civ. P. 71.1, to grant the following Joint Motion for Stipulated Dismissal:

1. The Parties stipulate and agree that the acquisition, taking, appropriation, and/or condemnation of any permanent easement or any temporary easement by Rover in connection with this civil action shall not affect the validity or enforceability of any rights of way, easements, and/or other interest(s) or the rights granted under said easements, rights of way, and/or other interest(s) of Defendant or any related corporate entity, affiliate, assigns (in whole or in part), and/or successor in interest of Defendant ("Interests"). This Stipulation shall also apply to any future assignment(s) of the Interests and/or to any successors in interest to the Interests.

2.  The Parties further stipulate that any interim or final orders or judgments issued by this Court or any appellate court in this civil action shall not be construed by any party as invalidating and/or modifying the terms of or rights granted under the Interests.

3.  Defendant does not object to Rover's right to enter the subject property immediately for any and all construction activities as approved by the Federal Energy Regulatory Commission ("FERC"), so long as Rover takes all reasonable efforts to not interfere with the safe and reliable operation and maintenance of the interests held by Defendant in and to the Pipeline Easements sought by Rover.

4.  Rover hereby dismisses all claims currently pending against Defendant in this action **without prejudice**.

5.  Notwithstanding any dismissal of the Defendant or the action in general, the Parties shall continue to remain subject to and bound by this Stipulation.

Respectfully submitted,

| | |
|---|---|
| *s/ Bruce A. Moore* | */s/ Clayton Forswall (Per Authority)* |
| Bruce A. Moore (WV Bar #12919) | Clayton Forswall |
| Gordon Rees Scully Mansukhani, LLP | Direct: 832.320.5456 |
| bmoore@grsm.com | Email: clayton_forswall@transcanada.com |
| 41 South High Street, Suite 2495 | *Authorized Representative of Columbia Gas* |
| Columbus, Ohio 43215 | *Transmission LLC* |
| (614) 917-1952 | |

*Counsel for Plaintiff Rover Pipeline LLC*
*with respect to the interests of Defendant*
*Columbia Gas Transmission, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the U.S. District Court, Northern District of West Virginia at Wheeling, on July 17, 2019, and served upon Defendant's counsel and all other parties who have appeared in this matter and registered with ECF via the court's electronic filing system.

/s/ *Bruce A. Moore*
Bruce A. Moore    (WV Bar #12919)