**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING**

**ROVER PIPELINE LLC,**

      **Plaintiff,**

**v.**                                                 **Civil Action No. 1:18-cv-00085-JPB**

**ROVER TRACT NO(S). WV-DO-SHB-026.000-ROW,
WV-DO-SHB-026.000-ATWS, WV-DO-SHB-026.970-TAR-5,
AND WV-DO-SHB-027.000-ROW
COMPRISED OF PERMANENT EASEMENT(S)
TOTALING 4.53 ACRES, MORE OR LESS,
AND TEMPORARY EASEMENT(S)
COMPRISED OF 8.80 ACRES, MORE OR LESS, AND
1,439.09 LINEAR FEET, MORE OR LESS, OF A 20-FOOT-WIDE ROAD,
OVER A PARCEL OF LAND IN GRANT DISTRICT,
DODDRIDGE COUNTY, WEST VIRGINIA,
CONSISTING OF 298.5 ACRES, AND IDENTIFIED AS
PARCEL NO(S). 03-15-0004-0001-0000, AND 03-15-0004-0000-0000,
AS MORE PARTICULARLY DESCRIBED HEREIN, ET AL.,**

      **Defendants.**

**<u>MOTION TO DISMISS CIVIL ACTION WITHOUT PREJUDICE</u>**

        Plaintiff Rover Pipeline LLC ("Rover"), by its counsel, hereby moves this Court to enter an order dismissing this civil action, without prejudice, pursuant to Federal Rule of Civil Procedure 71.1(i)(2).  In support of its motion, Rover further states as follows:

        1.     Rover initiated this pipeline condemnation action pursuant to the Natural Gas Act, seeking to condemn certain easements located along a Federal Energy and Regulatory Commission-approved pipeline, including the easements (the "Easements") that are the subject of this action.

2.     Rover named Veta M. Balis a/k/a Veta M. Lewis ("Surface Owner") as a defendant in this civil action, as records show that she owns the surface of the tract of land upon which the Easements are located (the "Parent Tract").

3.     Rover and the Surface Owner reached a settlement agreement, whereby Rover obtained the necessary access and easement agreements with respect to the Easements. Accordingly, Rover no longer seeks to acquire any interests through this civil action.

4.     Rover also named DFW Midstream Services LLC as a defendant for its easement interest in the Parent Tract ("Easement Defendant").

5.     The Easement Defendant has not alleged any compensable interference with its interest in the Parent Tract.

6.     Pursuant to Federal Rule of Civil Procedure 71.1(i)(2), "[t]he court may at any time dismiss a defendant who was unnecessarily or improperly joined." Fed. R. Civ. P. 71.1(i)(2).

7.     As Rover obtained the necessary access and easement agreements with respect to the Easements from the Surface Owner and no longer seeks to acquire any interests through this civil action, the defendants are no longer necessary parties in this civil action.

8.     Based on the foregoing, Rover respectfully moves the Court to dismiss this civil action, without prejudice.

9.     Rover respectfully requests that the $24,196.09 deposited with the Clerk of the Court, representing the amount estimated as just compensation for the Easements sought by Rover, be refunded to Rover.

10.    Rover respectfully requests that the Court continue to have jurisdiction over the parties if a dispute arises between them.

Wherefore, Rover respectfully requests that the Court enter an order granting its Motion to Dismiss Civil Action Without Prejudice pursuant to Federal Rule of Civil Procedure 71.1(i)(2).

/s/ Lori A. Dawkins
Lori A. Dawkins (WV Bar #6880)
Steptoe & Johnson PLLC
lori.dawkins@steptoe-johnson.com
400 White Oaks Boulevard
Bridgeport, West Virginia 26330
(303) 389-4300

Lauren A. Williams (WV Bar #11943)
Steptoe & Johnson PLLC
lauren.williams@steptoe-johnson.com
400 White Oaks Boulevard
Bridgeport, West Virginia 26330
(304) 933-8000

William D. Wilmoth (WV Bar #4075)
Steptoe & Johnson PLLC
william.wilmoth@steptoe-johnson.com
1233 Main Street, Suite 3000
Wheeling, West Virginia 26003
(304) 233-0000

*Counsel for Plaintiff Rover Pipeline LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 13th day of August 2020, I electronically filed the foregoing **"*Motion to Dismiss Civil Action Without Prejudice*"** with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all participants of record.


                                             **/s/ Lori A. Dawkins**