IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

**ROVER PIPELINE LLC,**

    Plaintiff,

v.                                                           Civil Action No. 1:18-cv-00085-JPB

**ROVER TRACT NO(S). WV-DO-SHB-026.000-ROW,
WV-DO-SHB-026.000-ATWS, WV-DO-SHB-026.970-TAR-5,
AND WV-DO-SHB-027.000-ROW
COMPRISED OF PERMANENT EASEMENT(S)
TOTALING 4.53 ACRES, MORE OR LESS,
AND TEMPORARY EASEMENT(S)
COMPRISED OF 8.80 ACRES, MORE OR LESS, AND
1,439.09 LINEAR FEET, MORE OR LESS, OF A 20-FOOT-WIDE ROAD,
OVER A PARCEL OF LAND IN GRANT DISTRICT,
DODDRIDGE COUNTY, WEST VIRGINIA,
CONSISTING OF 298.5 ACRES, AND IDENTIFIED AS
PARCEL NO(S). 03-15-0004-0001-0000, AND 03-15-0004-0000-0000,
AS MORE PARTICULARLY DESCRIBED HEREIN, ET AL.,**

    Defendants.

## ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE

On August 13, 2020, Plaintiff Rover Pipeline LLC ("Rover"), by its counsel, filed its "Motion to Dismiss Civil Action Without Prejudice" ("Motion"), seeking the entry of an order dismissing this civil action, without prejudice, pursuant to Federal Rule of Civil Procedure 71.1(i)(2). Upon consideration of the Motion, the Court finds as follows:

1.     Rover named Veta M. Balis a/k/a Veta M. Lewis ("Surface Owner") as a defendant in this civil action, as records show that she owns the surface of the tract of land upon which the Easements are located (the "Parent Tract").

2.      Rover and Surface Owner reached a settlement agreement, whereby Rover obtained the necessary access and easement agreements with respect to the Easements. Accordingly, Rover no longer seeks to acquire any interests through this civil action.

3.      Rover also named DFW Midstream Services LLC as a defendant for its easement interest in the Parent Tract ("Easement Defendant").

4.      The Easement Defendant has not alleged any compensable interference with its interest in the Parent Tract.

5.      Pursuant to Federal Rule of Civil Procedure 71.1(i)(2), "[t]he court may at any time dismiss a defendant who was unnecessarily or improperly joined." Fed. R. Civ. P. 71.1(i)(2).

6.      As Rover obtained the necessary access and easement agreements with respect to the Easements from the Surface Owner and no longer seeks to acquire any interests through this civil action, the defendants are no longer necessary parties in this civil action.

Accordingly, this Court GRANTS the Motion and ORDERS that:

(a)     the Clerk is directed to pay out to Rover the balance of the deposit in the amount of $24,196.09, plus any allowable interest, less costs or expenses, if any, due to the Court or Clerk by virtue of this civil action, by check made payable to "Rover Pipeline LLC," and mailed to:

> Rover Pipeline LLC,
> c/o Lauren A. Williams, Esq.
> Steptoe & Johnson PLLC
> 400 White Oaks Boulevard
> Bridgeport, WV 26330;

(b)     any bond in place in this action is hereby CANCELLED and VOIDED;

   (c) following the disbursement of the deposit to Rover as directed herein, this action shall be DISMISSED, without prejudice, with all parties to bear their own respective costs and attorneys' fees; and

   (d) after the defendants are dismissed from this civil action, without prejudice, the Court will continue to have jurisdiction over the parties if a dispute arises between them.

   It is so ORDERED.

   The Clerk is directed to transmit copies of this Order to all counsel of record herein.

ENTER: **8-13-2020**

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

Prepared and submitted by:

/s/ **Lori A. Dawkins**
Lori A. Dawkins (WV Bar #6880)
Steptoe & Johnson PLLC
lori.dawkins@steptoe-johnson.com
400 White Oaks Boulevard
Bridgeport, West Virginia 26330
(303) 389-4300

Lauren A. Williams (WV Bar #11943)
Steptoe & Johnson PLLC
lauren.williams@steptoe-johnson.com
400 White Oaks Boulevard
Bridgeport, West Virginia 26330
(304) 933-8000

William D. Wilmoth (WV Bar #4075)
Steptoe & Johnson PLLC
william.wilmoth@steptoe-johnson.com
1233 Main Street, Suite 3000
Wheeling, West Virginia 26003
(304) 233-0000

*Counsel for Plaintiff Rover Pipeline LLC*